IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES M RAPER, JR.                                                                                                           PLAINTIFF

v.                                              Civil No. 4:21-cv-04067

GOVERNER ASA HUTCHINSON; TINA
MAXWELL; J. MINORS; ROSE BRAYLEE;
And KEFEE COFFEE INTERNATIONAL                                                              DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES MATHIS RAPER, JR.                                                                                            PLAINTIFF

v.                                              Civil No. 4:21-cv-04070

GOVERNOR ASA HUTCHINSON; TINA MAXWELL,
Warden, Southwest Arkansas Community Corrections ("SWACCC:");
J MINORS, Assistant Warden, SWACCC; ROSE BRAYLEE, also
Known as Rose Braley; and KEEFE-COFFEE COMPANY,
Commissary Prison Contract Provider, SWACCC                                                DEFENDANTS

**ORDER**

Plaintiff James Mathis Raper, Jr. originally submitted *pro se* action Civil No. 4:21-cv-04067 for filing on October 14, 2021. (ECF No. 1). On October 15, 2019, Plaintiff filed *pro se* Civil No. 4:21-cv-04070 in the Eastern District of Arkansas. (ECF No. 1). This case was transferred to the Western District, Texarkana Division, on October 20, 2021. (ECF No. 3). The cases are currently before the Court for preservice screening pursuant to the provisions of 28 U.S.C. § 1915A.

Upon review of the Complaints in the above captioned matters, I find these actions involve common questions of law and fact and for such reason these matters should be and hereby are consolidated for all matters at issue in the case pursuant to the provisions of Rule 42(a)(2) of the

Federal Rules of Civil Procedure. Case No. 4:21-cv-04067 shall be the lead case. All future pleadings will be filed in the lead case but shall contain the case numbers for both cases.

On November 29, 2021, in response to this Court's order, Plaintiff filed a Second Amended Complaint in 4:21-cv-04067. (ECF No. 12). This Second Amended Complaint will be used to screen all claims.

The Clerk's Order (ECF No. 7) in Case No. 4:21-cv-04070 shall be set aside. Only one filing fee will be collected in these consolidated cases.[1]

**IT IS SO ORDERED this 8th day of December 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] On November 30, 2021, Plaintiff submitted a change of address in Case No. 21-4067 indicating as of December 8, 2021, he will be released from prison on parole. (ECF No. 13).