IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES M RAPER, JR.                                                                                          PLAINTIFF

v.                                        Case No. 4:21-cv-4067

GOVERNOR ASA HUTCHINSON; TINA
MAXWELL; J. MINORS; ROSE BRAYLEE;
and KEFEE COFFEE INTERNATIONAL                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 6, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18. Judge Bryant recommends that the individual capacity claims against Defendants Hutchinson and Kefee Coffee International be dismissed. Judge Bryant further recommends that the official capacity claims against all Defendants be dismissed. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, the individual capacity claims against Defendants Hutchinson and Kefee Coffee International are **DISMISSED WITHOUT PREJUDICE**. Further, the official capacity claims against all Defendants are **DISMISSED WITHOUT PREJUDICE**. The individual claims against Defendants Maxwell, Minors, and Braylee remain in this lawsuit.

**IT IS SO ORDERED**, this 9th day of February, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge