FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Mar 25, 2022
OFFICE OF THE CLERK

United States District Court
Western District of Arkansas
Texarkana Division

James M Raper Jr        Plaintiff
663449

V.                NO: 4:21-CV-04067

Maxwell et. Al.        Defendants

## Motion for change of address

Comes now the plaintiff James M Raper Jr for a change of address to ORCU PO Box 1630 Malvern AR 72104. This is not my "Parent Unit", however, I do not know when or where that will be. I do this to comply with court instructions.

*[signature]*
3-19-22

James M Raper 663449
PO Box 1630
Malvern AR
72104

Legal Mail

LITTLE ROCK AR 720
23 MAR 2022 PM 4 L



United States District Court
Office of the Clerk
500 State Line Ave
Room 302
Texarkana AR 71854

71854-596177